# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL M. NGRIME,** | ) | **CASE NO. 8:07CV387** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **DOUGLAS COUNTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the court's own motion, the progression order in this matter is modified as set forth below.

IT IS ORDERED:

1. Pretrial Conference.

    a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **July 6, 2009.** The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **July 20, 2009.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **August 3, 2009.** If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

    b. The Final Pretrial Conference will be held before Magistrate Judge David L. Piester on **August 18, 2009 at 10:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

    c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call;

2. The trial date will be set by Magistrate Judge Piester at the time of the Final Pretrial Conference; and

3. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Piester to be held on August 18, 2009.

DATED this 15th day of April, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Court